583 A.2d 298

ACE IMPROVEMENTS, INC. v. TAYLOR HOME IMPROVEMENTS
AND ROBERT TAYLOR.

January 10, 1990.

Petition for certification denied.

583 A.2d 299

KELLY BASKIN v. BECHTEL CONSTRUCTION, INC.

January 10, 1990.

Petition for certification denied.

583 A.2d 299

JOHN IACONIANNI, ETC. v. NEW JERSEY
TURNPIKE AUTHORITY.

January 10, 1990.

Petition for certification denied. (See 236 *N.J.Super.* 294, 565 *A.*2d 1084)

583 A.2d 299

STATE OF NEW JERSEY v. LAWRENCE BRUNSON.

January 10, 1990.

Petition for certification denied.